DANIEL G. BOGDEN
United States Attorney
BRANDON JAROCH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
District of Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA,)<br>Plaintiff, )<br> )<br>v. )<br> )<br>JENNIFER HAMOY )<br>Defendant | Case No. 2:17-cr-00401-JCM-VCF-2<br><br>PETITION FOR ACTION<br>ON CONDITIONS OF<br><u>PRETRIAL RELEASE</u> |

Attached hereto and expressly incorporated herein is a Modification Request for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Emily McKillip, United States Pretrial Services Officer. I have reviewed the Modification Request and concur in the recommended action requested of the Court.

Dated this 3rd day of January, 2018.

DANIEL G. BOGDEN
United States Attorney

By    /S/
     Brandon Jaroch
     Assistant U. S. Attorney

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. Jennifer Hamoy                         Docket No. 2:17-cr-00401-JCM-VCF-2

Petition for Action on Conditions of Pretrial Release

COMES NOW Emily McKillip, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Jennifer Hamoy, who was placed under pretrial release supervision by Your Honor on December 27, 2017, on a Personal Recognizance Bond with the following conditions:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall surrender any passport and/or passport card to U.S. Pretrial Services or the supervising officer.
3. The defendant shall not obtain a passport or passport card.
4. The defendant shall abide by the following restrictions on personal association, place of abode, or travel:
   Travel is restricted to State of NV
5. The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.
6. The defendant must not prepare or participate in any preparation or filing of any documents with immigration.

**Respectfully presenting petition for action of Court and for cause as follows:**

On December 27, 2017, the defendant reported to Pretrial Services and was interviewed at that time. With the information received from the defendant, Pretrial Services requests the defendant's conditions of release be modified to use the least restrictive means to assure the identified risks are addressed.

**PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S CONDITIONS OF RELEASE BE MODIFIED BY REMOVING THE FOLLOWING CONDITION:**

1. The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.

**AND ADDING THE FOLLOWING CONDITION:**

1. The defendant shall avoid all contact directly or indirectly with co-defendant(s) unless it is in the presence of counsel.

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. |
|---|---|
| Considered and ordered this 4th day of <u>January</u> 2018, and ordered filed and made a part of the records in the above case. | Executed on this <u>3rd</u> day of <u>January</u>, 2018. |
| | Respectfully Submitted, |
| _____ | _____ |
| Honorable C.W. Hoffman, Jr.<br>U.S. Magistrate Judge | Emily McKillip<br>U.S. Pretrial Services Officer |
| | Place: <u>Las Vegas, Nevada</u> |